**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KEVIN WENDELL ALEXANDER, : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | NO. 17-1801 |
| v. : | |
| : | |
| NANCY ANN BERRYHILL, : | |
| ACTING COMMISSIONER OF THE : | |
| SOCIAL SECURITY ADMINISTRATION, : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this *11th* day of *June* , 2019, upon consideration of

Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 11) filed August

9, 2017; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 14)

filed September 11, 2017; upon consideration of Plaintiff's Brief in Reply to Defendant's Brief in

Response to Plaintiff's Request for Review (Dkt. No. 15) filed September 15, 2017; and after review

of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated May 23,

2019, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is GRANTED in part as described below; and

3. the case is REMANDED to the Commissioner pursuant to the fourth sentence of 42

   U.S.C. § 405(g), and in accordance with the Report and Recommendation.

BY THE COURT:

*Robert F. Kelly*

ROBERT F. KELLY, J.